UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JMR GROUP, LLC d/b/a MCCOY FREIGHTLINER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TROY MUNDEN,<br><br>　　　　　Defendant. | Case No. 3:20-cv-00266-MO<br><br>**STIPULATED ORDER EXTENDING TEMPORARY RESTRAINING ORDER** |

　　　　This matter came before the Court on the parties' request to extend by thirty (30) days the Stipulated Order Granting Plaintiff's Motion for Temporary Restraining Order, which this Court entered on February 20, 2020 [Doc. 10] ("Stipulated TRO"). The parties have agreed to extend the Stipulated TRO for an additional 30 days, to and including April 20, 2020. IT IS ORDERED that the parties request is GRANTED as follows:

　　　　The Stipulated TRO is extended for thirty (30) days, to and including April 20, 2020.

　　　　IT IS SO ORDERED.

　　　　This __19__ day of March, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　__/s/ Michael W. Mosman__
　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL W. MOSMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

//

//

//

//